UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-3991
_____

ERNESTO GALARZA,

Appellant

v.

MARK SZALCZYK; CITY OF ALLENTOWN;
LEHIGH COUNTY; GREG MARINO;
CHRISTIE CORREA

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(Civil Action No. 10-cv-6815)
District Judge: Hon. James Knoll Gardner
_____

Argued: October 10, 2013

Before: FUENTES, COWEN, and BARRY, *Circuit Judges*.

(Opinion Filed: March 4, 2014)
_____

**O R D E R**

It is  O R D E R E D  that the Opinion entered on March 4, 2014 is amended to correct a clerical error referred to parties represented by Andrew C. Nichols, Esq.

The March 4, 2014, Opinion is amended as follows:

    1. On page 3 of the Court's Opinion "Attorney for Amicus Appellant

1

National Immigration Project of the National Lawyers Guild" is corrected to read

"Attorney for Amicus Appellants National Immigration Project of the National Lawyers

Guild and National Immigrant Justice Center."

For the Court,

s/ Marcia M. Waldron
Clerk

Dated:       March 26, 2014
SLC/cc:    Counsel of Record